# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## CASE NO. 1:16-CV-01140-LMM

HI-TECH PHARMACEUTICALS, INC.,

     Plaintiff,

v.

USA NUTRACEUTICALS GROUP, INC.;
and ULTRA-LAB NUTRITION, INC.
d/b/a BEAST SPORTS,

     Defendants.

_____/

## **STIPULATION OF DISMISSSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own attorneys' fees and expenses.  A proposed final order of dismissal agreed to by the parties is attached hereto.

Dated:     April 20, 2016

Respectfully submitted,

*/s/ Arthur W. Leach*
Arthur W. Leach
Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225

Alpharetta, GA 30005
404-786-6443
Fax: 678-624-9852
Email: Art@ArthurWLeach.com

*Counsel for Plaintiff*

/s/ Ryan M. Kaiser_____
Ryan M. Kaiser (*with express permission*)
ryan@amintalati.com
AMIN TALATI & UPADHYE, LLC
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Arthur W. Leach*